IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM OTIS ARREDONDO, JR.                                 PLAINTIFF

v.                  Civil No. 05-5077

JEFF BLAND, Parole Officer;
LEIGH ANN BAKER, Parole Officer;
and TOM HELMICH, Rogers
Police Department                                                     DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights action filed under the provisions of 42 U.S.C. § 1983. The plaintiff proceeds pro se and IFP.

On October 5, 2005, separate defendants Jeff Bland and Leigh Ann Baker filed a motion for summary judgment (Doc. 22). On October 6, 2005, separate defendant Tom Helmich filed a motion for summary judgment (Doc. 26). On October 19, 2005, an order was entered directing the plaintiff to complete, sign, and return a questionnaire that would serve as his response to the summary judgment motions (Doc. 29). The response was to be filed by November 18, 2005.

On November 7, 2005, the plaintiff filed a motion to dismiss this case (Doc. 31). He also filed a motion to dismiss another civil rights case he has pending, *Arredondo v. Bland, et al.*, civil no. 04-5197.

Plaintiff indicates he has given the matter careful consideration and would like this case dismissed. He states he is getting released from prison and does not need the added stress that the lawsuit would cause. I therefore recommend that his motion to dismiss be granted and the case be

dismissed with prejudice.

**The parties have ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of November 2005.

                                            /s/ Beverly Stites Jones
                                            UNITED STATES MAGISTRATE JUDGE