**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**WILLIAM OTIS ARREDONDO, JR.**                                    **PLAINTIFF**

       **v.**        Civil No. 05-5077

**JEFF BLAND, Parole Officer;**
**LEIGH ANN BAKER, Parole Officer;**
**and TOM HELMICH, Rogers Police**
**Department**                                                     **DEFENDANTS**

### O R D E R

Now on this 30th day of November, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #32), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                  **/s/ Jimm Larry Hendren**
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**